**FORM 5**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**INFORMATION STATEMENT**

*(Place an "X" in applicable [ ])*

| **PLAINTIFF:**<br>Ford Motor Company<br><br>**ATTORNEY** *(Name, Address, Telephone No.)*:<br>Matthew W. Caligur<br>Baker & Hostetler LLP<br>1000 Louisiana, Suite, Houston, TX 77002<br>(713) 646-1355 | **PRECEDENCE**<br>If the action is to be given precedence under Rule 3(g), indicate the applicable paragraph of that section:<br>[ ] (1) [ ] (3) [ ] (5)<br>[ ] (2) [X] (4) [ ] (6) |
|---|---|

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the president or an Executive order, check this box: [ ]

**J U R I S D I C T I O N**

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

[ ] Appraisal [ ] Classification [X] Charges or Exactions [ ] Vessel Repairs
[ ] Exclusion [ ] Liquidation [X] Drawback
[ ] Refusal to Reliquidate [ ] Rate of Duty [ ] Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

[ ] Appraisal [ ] Classification [ ] Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a** *(Provide a brief description of the administrative determination you are contesting, including the relevant **Federal Register** citation(s) and the product (s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.)*

Subparagraph and Clause ______________ Agency ______________

***Federal Register*** Cite(s) ______________

Product(s)

28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b

[ ] U.S. Secretary of Labor [ ] U.S. Secretary of Commerce [ ] U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515**
*(Provide a brief statement of the final determination to be reviewed.)*

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency: [ ] U.S. International Trade Commission [ ] Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

[ ] Sec. 641(b)(2) [ ] Sec. 641(b)(3) [ ] Sec. 641(c)(1) [ ] Sec. 641(b)(5)
[ ] Sec. 641(c)(2) [ ] Sec. 641(d)(2)(B) [ ] Sec. 499(b)

(Continued on reverse side)

American LegalNet, Inc.
www.FormsWorkflow.com

JURISDICTION (Continued)

**28 U.S.C. § 1581(h) - Ruling relating to:**

[ ] Classification [ ] Valuation [ ] Restricted Merchandise
[ ] Rate of Duty [ ] Marking [ ] Entry Requirements
[ ] Drawbacks [ ] Vessel Repairs [ ] Other: ______________

**28 U.S.C. § 1581(i)** - (Cite *any applicable statute and provide a brief statement describing jurisdictional basis.*)

**28 U.S.C. § 1582 - Actions Commenced by the United States**

[ ] (1) Recover civil penalty under Tariff Act of 1930:
[ ] Sec. 592 [ ] Sec. 593A [ ] Sec. 641(b)(6)
[ ] Sec. 641(d)(2)(A) [ ] Sec. 704(i)(2) [ ] Sec. 734(i)(2)
[ ] (2) Recover upon a bond
[ ] (3) Recover customs duties

**R E L A T E D   C A S E ( S )**

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

| | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| [ ] Decided: | | | |
| [X] Pending: | Ford Motor Company | 09-375 | Hon. Evan J. Wallach |
| | Ford Motor Company | 10-014 | Unassigned |

(Attach additional sheets, if necessary.)

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007.)

American LegalNet, Inc.
www.FormsWorkflow.com